IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       CASE NO. 5:01-CR-1-SPM-1

TERESA WILMOT,

    Defendant.

_____/

## ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE

THIS CAUSE comes before the Court upon Defendant's motion to terminate her supervised release (doc. 102). As grounds, Defendant states that she has made significant strides in her personal and professional life.

If "warranted by the conduct of the defendant released and in the interest of justice" and after an analysis of the factors considered in 18 United States Code Section 3553(a), this Court may order early termination of supervised release. 18 U.S.C. § 3583(e). However, "early termination is not warranted as a matter of course; on the contrary, it is only occasionally justified due to changed circumstances of a defendant, such as exceptionally good behavior." United States v. Sheckley, 1997 U.S. App. LEXIS 32024, *5 (2d Cir. 1997) (internal quotations omitted).

In this case, Defendant has served approximately half of her term of supervised release. While it appears that she has complied with the terms of her release, Defendant has not cited facts that demonstrate exceptionally good behavior or other extraordinary circumstances sufficient to warrant early termination of her supervised release. "Full compliance, after all, is merely what is expected of all people serving terms of supervised release." <u>Karacsonyi v. United States</u>, 1998 U.S. App. LEXIS 15107 (2d Cir. 1998).

Accordingly, having considered all of the factors in 18 United States Code Section 3553(a) and taken into account the seriousness of the Defendant's underlying offenses of conviction, it is hereby

ORDERED AND ADJUDGED that the motion for early termination of supervised release (doc. 102) is ***denied***.

**DONE AND ORDERED** this <u>twenty-first</u> day of April, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge